UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF
FLORIDA PALM BEACH DIVISION

FILED BY [signature] D.C.
FEB 09 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

411 KITCHEN CABINETS, LLC
a Florida Limited Liability Company

Plaintiff,

CASE NO.

v.

KING OF KITCHEN & GRANITE INC.,

Defendant.

_______________________________________/

## COMPLAINT

Plaintiff, 411 Kitchen Cabinets, LLC ("Plaintiff"), sues Defendant King of Kitchen & Granite, Inc. ("Defendant"), and in support states:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331 as this case presents a federal question, and pursuant to 15 U.S.C § 1367 for pendant state law claims.

2. The alleged violations described in the Amended Complaint occurred in Palm Beach County, Florida. Accordingly, venue is appropriate with this Court under 28 U.S.C. § 1391 (b)(2), as it is the judicial district in which a substantial part of the events or omissions giving rise to this action occurred.

## PARTIES

3. Plaintiff, 411 Kitchen, is a Florida Limited Liability Company, with its principal place of business in Lake Worth, Palm Beach County, Florida. 411 Kitchen is a company dedicated to offer its customers with a wide selection of full access, frameless cabinets that offer a contemporary and European look. *See* Exhibit "A." 411 Kitchen also offers its customers a

broad selection of bathroom vanities, accessories and moldings to highlight and accent kitchen cabinets. *Id.*

4. Defendant, King of Kitchen, is a Florida Corporation, with its principal place of business in Lake Worth, Palm Beach County, Florida. King of Kitchen is in the business of selling custom made kitchen cabinets and granite countertops. *See* Exhibit "B."

## GENERAL ALLEGATIONS

***Plaintiff's Incorporation.***

5. Prior to incorporating Plaintiff, Mr. Plaza, one of Plaintiff's principals, had been an employee of Defendant for about 4 years.

6. Sometime in 2012 Mr. Plaza informed Ray Spore, Defendant's principal that he was leaving the company to eventually pursue his own business.

7. On or about March 8, 2013 Juan Plaza incorporated Plaintiff with the purpose of selling kitchen cabinets, kitchen accessories, bathroom vanities and accessories.

8. Plaintiff launched its website, "https://www.411kitchencabinets.com." (emphasis added) on March 8, 2013. *See* Exhibit "C."

***Defendant Acquired The "411kitchencabinet.com" Domain Name.***

9. At all material times Defendant knew that Mr. Plaza had incorporated 411 Kitchen and that its domain was "https://www.411kitchencabinets.com."

10. In an effort to confuse consumers and redirect traffic to its website, "https://www.kingofkitchen.com", on July 9, 2013 Defendant acquired the domain similar to Plaintiff "https://www.411kitchencabinet.com." (emphasis added). *See* Exhibit "D."

11. Upon information and belief, Defendant specifically obtained this domain in order to confuse the general public, and to deprive Plaintiff from potential customers, eventually forcing Plaintiff to go out of business.

12. Many potential and existing customers have called Plaintiff to ask about offers advertised on Defendant's website thinking that Plaintiff and Defendant are one and the same.

13. Further, upon information and belief, Plaintiff has lost potential customers because when they mistakenly type "https://www.411kitchencabinet.com" as opposed to "https://www.411kitchencabinets.com", the potential customers are redirected to Defendant's website.

***Plaintiff Sent Defendant a Demand Letter.***

14. On May 27, 2015, Plaintiff sent Defendant a demand letter – in an effort to avoid litigation - for Defendant to either abandon the "https://www.411kitchencabinet.com" domain, or for Defendant to sell same to Plaintiff.

15. To date, Defendant has refused and/or ignored Plaintiff's demands.

**COUNT I VIOLATION OF THE ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT (ACPA)**

16. Plaintiff re-alleges and incorporates the allegations contained in paragraph 1 through 15 as if fully set forth herein.

17. At all material times Defendant knew that Mr. Plaza had incorporated 411 Kitchen and that its domain was "https://www.411kitchencabinets.com."

18. Defendant has in bad faith profited from Plaintiff's mark by registering and operating a domain name that is confusingly similar to that of Plaintiff.

19. Plaintiff has lost potential customers because when they mistakenly type "https://www.411kitchencabinet.com" as opposed to "https://www.411kitchencabinets.com," the potential customers are redirected to Defendant's website.

20. The Defendant intentionally and in bad faith registered, trafficked in, and used a domain name that is identical or confusingly identical to the Plaintiff registered domain name with the purpose of divert consumers from the Plaintiff's online location to a site accessible under the Defendant's online location.

21. The above mentioned unfair practice of divert consumers from the Plaintiff's online location placed the Plaintiff in danger of suffering damages to his business gains, goodwill and reputation by creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the site.

22. The Plaintiff has suffered damages to the reputation of quality of its products and services by creating a likelihood of confusion as to the source and identity of the manufacturer of its products and the supplier of his services.

WHEREFORE, Plaintiff, 411 Kitchen Cabinets, LLC ("Plaintiff") respectfully requests this Court to order the forfeiture or cancellation of the domain name or transfer to the Plaintiff pursuant to Title 15 USC §1125(d)(C), damages against King of Kitchen and Granite, Inc. ("Defendant") for the use of the domain name, request for permanent injunctive relief against the Defendant and any other relief this court may deem proper.

**COUNT II: DILUTION BY BLURRING**
(In the Alternative)

23. Plaintiff re-alleges and incorporates the allegations contained in paragraph 1 through 15 as if fully set forth herein.

24. Defendant's use of the domain "https://www.411kitchencabinet.com", constitutes dilution by blurring of the distinct entities Kings of Kitchen and Granite, Inc. and 411 Kitchen Cabinets, LLC causing confusion, competition and actual economic injury.

25. Plaintiff's registered name, 411 Kitchen and Cabinets, LLC, is similar to its domain name "https://www.411kitchencabinet.com" as opposed to Defendant, whose registered name is King of Kitchen and Granite, Inc. with a domain name of "https://www.411kitchencabinets.com."

26. The similarity of the domains impairs the distinctiveness of the original mark and blurring the companies and their distinct registered names.

WHEREFORE, Plaintiff, 411 Kitchen Cabinets, LLC ("Plaintiff") respectfully requests this Court to order the forfeiture or cancellation of the domain name or transfer to the Plaintiff pursuant to Title 15 USC §1125(d)(C), damages against King of Kitchen and Granite, Inc. ("Defendant") for the use of the domain name, request for permanent injunctive relief against the Defendant and any other relief this court may deem proper.

**COUNT III: CYBERPIRACY**
(In the Alternative)

27. Plaintiff re-alleges and incorporates the allegations contained in paragraph 1 through 15 as if fully set forth herein.

28. The use of the domain name "https://www.411kitchencabinet.com" by the Defendant has confused clients to use Defendant's services instead of Plaintiff's.

29. Plaintiff lost business due to the similarity of the domain names, and clients have contacted Plaintiff in regards to services rendered by Defendant.

30. Defendant's use of a similar domain has a bad faith intent as the domain name consists of the legal name of Plaintiff.

31. Further, Defendant's use of the legal name of Plaintiff as its domain name has diverted clients Defendant's online location which has harmed Plaintiff's business.

32. Additionally, Defendant has acquired multiple domain names, one of which is identical or confusingly similar to the legal name of Plaintiff. Defendant has its main domain name "https://www.kingofkitchen.com," which is where clients are redirected when "https://www.411kitchencabinet.com" is used.

33. As a result, Plaintiff has been damaged.

WHEREFORE, Plaintiff, 411 Kitchen Cabinets, LLC ("Plaintiff") respectfully requests this Court to order the forfeiture or cancellation of the domain name or transfer to the Plaintiff pursuant to Title 15 USC §1125(d)(C), damages against King of Kitchen and Granite, Inc. ("Defendant") for the use of the domain name, request for permanent injunctive relief against the Defendant and any other relief this court may deem proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

DATED: February 08, 2016.

HARRINGTON LAW ASSOCIATES, PLLC
100 South Olive Ave.
West Palm Beach, FL 33401
T: (561) 253-6690
F: (561) 429-8488
Primary: service@myhlaw.com

By: **/s/ Adriana C. Clamens**
Jeffrey Harrington
FBN: 55981
Adriana C. Clamens
FBN: 83805

# EXHIBIT A

EXHIBIT A

Select Language ▼ [illegible] Translate

411 [illegible]

[illegible] MANAGEMENT TEAM | OUR COMPANY CORE VALUES

[illegible]

When it comes to combining beauty and versatility, 411 Kitchen Cabinets [illegible] is a recognized leader for not only its quality construction and [illegible], but for [illegible] unique [illegible] in cabinet style and [illegible] Kitchen Cabinets Vanities & Granite, we offer a wide selection [illegible] frameless cabinets that offer a contemporary and European look [illegible]

[illegible] are available in wide range of styles and finishes to match [illegible]. Whether you are looking to [illegible] up your living space with a [illegible], or [illegible] home a more traditional feel to your new [illegible] 411 Kitchen Cabinets Vanities & Granite [illegible] sure to have just what you [illegible] for. We also offer a broad selection of accessories and moldings to [illegible] the life and beauty of your new cabinets.

[illegible] customers, we build relationships

By combining quality products and unmatched customer service, 411 Kitchen Cabinets Vanities & Granite is not only a leader in what we do, but who we are. We are dedicated to maintaining long lasting business relationships with [illegible] provide [illegible] an innovative product offering together with [illegible] customer [illegible] that has made 411 Kitchen Cabinets Vanities & Granite [illegible] Kitchen Cabinet distributor.



OUR PRODUCTS







[illegible] [illegible] [illegible]

EXHIBIT A

411 Kitchen Cabinets & Granite of

[illegible]HIBIT M

Translate

"Let us help you create your dream kitchen"

[illegible] cabinet doors are available in wide range of styles and finishes to match your lifestyle. [illegible] you are looking to jazz up your living space with a sleek, modern approach, or bring home a more traditional feel to your new kitchen.



[illegible]



[illegible]



[illegible]



[illegible]



[illegible]



[illegible] CAMDEN



[illegible] SHAKER



[illegible]





DARK CHOCOLATE



VICENZA










































CABINET ACCESORIES



# EXHIBIT B

About Us

EXHIBIT B

Call Us Now: **(561) 493-4001 (te**

HOME (HTTPS://WWW.KINGOFKITCHEN.COM) » ABOUT OUR KITCHEN REMODELING COMPANY

# ABOUT OUR KITCHEN REMODELING COMPANY



Tired of your same-old kitchen or bathroom? For top-quality all wood standard, custom cabinets and countertops made of natural stone, come see us or contact us today at King of Cabinets & Granite. With more than 11 years of experience in the trade, we're one of the region's most respected dealers and installers of top-grade cabinetry and marble and granite countertops. We offer a full selection of products in a variety of materials and finishes. No matter what you're seeking for your walls or counters, come see us first and let us help give your home or office a distinctive new look and character.

All of our wood products are 100% maple stained in multiple colors. The face being 100% solid wood and the box being 3/4" 100% maple plywood. The beauty of solid wood dovetail drawer boxes is available in every cabinet. None of our wood products are made from compressed wood products as is the case with some of our competitors.

CALL US TODAY AT (561) 493-4001 (TEL:5614934001) FOR MORE

INFORMATION!

---

# KING OF KITCHEN AND GRANITE

777 S. Flagler Drive Suite 800, West Tower
West Palm Beach, FL 33401
Phone: (561) 493-4001
Fax: (561) 533-5145

615 Industrial St.
Lake Worth, FL 33461
Phone: (561) 296-4808
Fax: (561) 533-5145

King of Kitchen and Granite (https://www.kingofkitchen.com/) © 2016. Privacy Policy (https://www.kingofkitchen.com/privacy-policy/)

# EXHIBIT C

EXHIBIT C

.net

Your Domain Starting Place...

[illegible] The .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

Domain Name: 411KITCHENCABINETS.COM
Registrar: FASTDOMAIN, INC.
Sponsoring Registrar IANA ID: 1154
Whois Server: whois.fastdomain.com
Referral URL: http://www.fastdomain.com
Name Server: NS8359.HOSTGATOR.COM
Name Server: NS8360.HOSTGATOR.COM
Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Updated Date: 13-feb-2015
Creation Date: [illegible]-mar-2013
Expiration Date: [illegible]-mar-2016

[illegible] whois database: Wed, [illegible] 2016 [illegible]

[illegible] expiration date displayed in this record is the date the [illegible] ownership of the domain name registration in the registry is [illegible] to expire. This date does not necessarily reflect the expiration [illegible] domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data [illegible] the transmission of [illegible] advertising or solicitations via e-mail, telephone [illegible] automated electronic [illegible] for its [illegible] The compilation [illegible] of this Data is expressly [illegible] the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

# EXHIBIT D

EXHIBIT D

.net

Your Domain Starting Place...

Type here for whois, domain and keyword results

# WHOIS LOOKUP

**411kitchencabinet.com is already registered***

[illegible]

[illegible] .com and .net domains can now be registered [illegible] registrars. Go to http://www.internic.net [illegible]

Domain Name: 411KITCHENCABINET.COM
Registrar: GODADDY.COM, LLC
Sponsoring Registrar IANA ID: 146
Whois Server: whois.godaddy.com
Referral URL: http://www.godaddy.com
Name Server: NS[illegible].DOMAINCONTROL.COM
Name Server: NS[illegible].DOMAINCONTROL.COM
Status: clientDeleteProhibited https://www.icann.org/epp#clientDeleteProhibited
Status: clientRenewProhibited https://www.icann.org/epp#clientRenewProhibited
Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Status: clientUpdateProhibited https://www.icann.org/epp#clientUpdateProhibited
[illegible]
[illegible]
[illegible]

>>> Last update of whois database: Mon, 08 Feb 2016 21:40:25 GMT <<<

For more information on Whois status codes, please visit https://icann.org/epp

NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.

[illegible] .EDU domains and [illegible]

TOP 10 DISASTER RECOVERY PITFALLS:
ARE YOU PREPARED?