**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:16-CV-80206-ROSENBERG/BRANNON**

411 KITCHEN CABINETS LLC,

      Plaintiff,

v.

KING OF KITCHEN AND GRANITE INC,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court upon Defendant's Motion to Dismiss Amended Complaint [DE 20], which was referred to the Honorable Dave Lee Brannon for appropriate disposition. *See* DE 22. On October 24, 2016, Magistrate Judge Brannon issued a Report and Recommendation [DE 23] recommending that Defendant's Motion be granted in part and denied in part. Specifically, Magistrate Judge Brannon recommends that Defendant's Motion be denied as to Count I, granted as to Count II such that Count II is dismissed without prejudice, and granted as to Count III such that Count III is dismissed with prejudice.

Neither party has filed objections and the time period for such objections has passed. The Court has nonetheless conducted a *de novo* review of Magistrate Judge Brannon's Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Magistrate Judge Brannon's recommendations to be well reasoned and correct. The Court agrees with the analysis in Magistrate Judge Brannon's Report and Recommendation and concludes that Defendant's Motion to Dismiss should be granted in part and denied in part for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Brannon's Report and Recommendation [DE 23] is **ADOPTED**.

2. Defendant's Motion to Dismiss Amended Complaint [DE 20] is **GRANTED IN PART AND DENIED IN PART**. Defendant's Motion is **DENIED** as to Count I, **GRANTED** as to Count II such that Count II is **DISMISSED WITHOUT PREJUDICE**, and **GRANTED** as to Count III such that Count III is **DISMISSED WITH PREJUDICE**.

3. Defendant shall answer Count I of Plaintiff's Amended Complaint [DE 18] on or before **November 21, 2016**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this <u>14th</u> day of November, 2016.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record