UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case Number: 9:16-cv-80206-RLR

411 KITCHEN CABINETS, LLC

    Plaintiff,

v.

KING OF KITCHEN & GRANITE, INC.

    Defendant.
_____/

## REPORT OF MEDIATION

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held on February 28, 2017, all of the parties or their authorized representatives were in attendance.

    Result of Mediation – settled.

Dated:  March 1, 2017            Respectfully submitted,

*/s/Jerold I. Schneider*
JEROLD I. SCHNEIDER
Florida Bar No. 26975
jerold.schneider@sriplaw.com

**Jerold I. Schneider, P.A.**
4651 North Federal Highway
Boca Raton, FL 33431
561.309.5374

*Mediator*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on March 1, 2017, a true and correct copy of the foregoing document was served by the Court's CM/ECF system, by electronic mail, on all parties listed below on the service list.

*Jerold I. Schneider*
JEROLD I. SCHNEIDER

## SERVICE LIST

Adriana Carolina Clamens
Harrington Legal Alliance
100 South Olive Avenue
West Palm Beach, FL  33401
561.253.6690 – Telephone

Jeffrey Allen Harrington
Harrington Law Associates PLLC
301 Clematis Street
Suite 3000
West Palm Beach, FL  33401
jeff@myhlaw.com

*Attorneys for  Plaintiff 411 Kitchen Cabinets LLC*

Timothy Powers O'Neill
Cohen Norris
712 U.S. Highway One
Suite 400
North Palm Beach, FL  33408
561.844.3600 – Telephone
561.842.4104 – Facsimile
tpo@fcohenlaw.com

*Attorney for King of Kitchen & Granite, Inc.*