UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-CV-80206-ROSENBERG/BRANNON

411 KITCHEN CABINETS LLC,

    Plaintiff,

v.

KING OF KITCHEN AND GRANITE INC,

    Defendant.

_____/

**ORDER STAYING CASE AND DIRECTING THE CLERK
OF THE COURT TO CLOSE THIS CASE FOR STATISTICAL PURPOSES**

    **THIS CAUSE** came before the Court upon the Report of Mediation [DE 45] filed March 1, 2017, indicating that a settlement has been reached. In light of the parties' settlement of this matter, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This case is **STAYED**.

2. All hearings are **CANCELLED** and all pending deadlines are **TERMINATED**.

3. The parties are instructed to file any appropriate papers related to the dismissal of this action within thirty (30) days of the date of rendition of this Order.

4. Any party may move for the stay imposed by this Order to be lifted or for an extension of time to file appropriate papers related to the dismissal of this action.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**. This closure shall not affect the merits of any party's claim.

    **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this <u>1st</u> day of March, 2017.

*[Signature: Robin L. Rosenberg]*

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record